# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **STEVEN CLARK**, | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) **1:19-cv-00102-JDL** |
| | ) |
| **MATT MAGNUSSON, Warden,** | ) |
| **Maine State Prison,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison filed his Recommended Decision on Steven Clark's 28 U.S.C.A. § 2254 Petition on November 21, 2019 (ECF No. 28), pursuant to 28 U.S.C.A. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Neither party filed an objection to the Recommended Decision.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record including the Memorandum of Law that was the subject of Petitioner's Motion to Amend (ECF No. 20). I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 28) is hereby **ACCEPTED**, and the Petitioner's 28 U.S.C.A. § 2254 Petition (ECF No. 1) is **DISMISSED**. It is further **ORDERED** that no certificate of

appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

**Dated this 1st day of April, 2020.**

_____**/s/ JON D. LEVY**_____
**CHIEF U.S. DISTRICT JUDGE**